# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD BALLARD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STEVEN WEINER and GINA CLARK** | : | **NO. 20-6220** |

## ORDER

**NOW**, this 30th day of March, 2021, upon consideration of the plaintiff's filings, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.